Document 1

```
                    UNITED STATES COURT OF APPEALS
                        FOR THE FOURTH CIRCUIT

                          December 20, 2006


                  NOTICE OF APPELLATE CASE OPENING
                  ********************************
```

**FOURTH CIRCUIT INFORMATION**
---------------------------

    **Court of Appeals Case #:**  6-5277

    **Short Caption:**  US v. David A. Kaye

    **Date NOA Received 4CCA:**  12/18/06

    **Case Manager:**  Barbara H. Rowe


**DISTRICT COURT INFORMATION**
---------------------------

    **Division:**  Eastern District of Virginia at Alexandria

    **District Court Case Number(s):**

    1:06-cr-00205-JCC

    **Date NOA Filed in District Court:**  12/11/06