Document 1

```
                                                              bhr2
                 UNITED STATES COURT OF APPEALS
                     FOR THE FOURTH CIRCUIT

                                             FILED:
                                             December 27, 2006

                    TRANSCRIPT ORDER ACKNOWLEDGMENT
```

TO: Rhonda Montgomery

RE: 06-5277 US v. David A. Kaye
    1:06-cr-00205-JCC

A Transcript Order for this case was received by the court of appeals on 12/27/06.

Under the Guidelines for Preparation of Appellate Transcripts in the Fourth Circuit, the transcript will be due on 1/26/07. If it is filed after that date, financial sanctions will be applicable.

This transcript will be deemed ordered and due on the above date if a response is not mailed within 7 days of receipt of this Acknowledgment by the reporter. Do not return this form if the Transcript Order is clear, you are the proper person from whom a transcript should be ordered, satisfactory financial arrangements have been made, the date of the order appears correct and the order is otherwise clear and correct.

If there are problems with the Transcript Order, check the appropriate box below and return a copy to the court of appeals and a copy to the district court reporter coordinator.

[ ] Criminal Justice Act funds have not been approved (CJA 24)

[ ] Motion for transcript at government expense has not been granted
    [28 U.S.C. section 753(f)]

[ ] Satisfactory financial arrangements have not been made.
    Reason: [ ] Deposit not received  [ ] Other (specify)

    _____

[ ] Transcript Order is unclear - proceedings requested should be more
    specific or dates of proceedings are incorrect.

[ ] Transcript Order has not been received by reporter or, [ ] was
    received after Transcript Order was received by court of appeals.

[ ] Other (specify)

    _____
    _____
    _____