Document 1

# UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

Patricia S. Connor
Clerk

www.ca4.uscourts.gov

Telephone
(804) 916-2700

January 16, 2007

Fernando Galindo
Eastern District of Virginia at Alexandria
401 Courthouse Square
Alexandria, VA 22314

Re: 06-5277 US v. David A. Kaye
1:06-cr-00205-JCC

Dear Clerk:

    Our records indicate that the transcript was filed in this case on 1/12/07. Please transmit the certificate to this office as soon as possible. If there are problems that will delay transmission of the certificate, please notify me. If the electronic record is transferred, please be sure to transmit any non-electronic portions as paper supplements. Please send any sealed portions via e-mail or as a sealed paper supplement.

Yours truly,

PATRICIA S. CONNOR
Clerk

/s/ Barbara H. Rowe
By: _____
Deputy Clerk