Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
August 22, 2007

No. 06-5277
1:06-cr-00205-JCC

UNITED STATES OF AMERICA

        Plaintiff - Appellee

  v.

DAVID A. KAYE

        Defendant - Appellant


--------------

M A N D A T E

--------------


The judgment of this Court, entered 7/6/07, takes effect this date.

A certified copy of this Court's judgment and a copy of its decision are issued to the district court and constitute the mandate of this Court.


/s/ Patricia S. Connor
-----------------------
CLERK